4) I felt mixed emotions

~~4~~

4) People are rude and disrespectful

4) Prefered to be alone

4) Boring sometimes

Compensation
(comfort)

- video games
- ~~[illegible]~~ porn (pleasure, control, power, desire to hurt others ~~[illegible]~~ Revege from society)
- felt no one was for me
- ~~I~~ watched violent 3-4 years
- unloved (sexually)

Triggers

- confusion with religion

~~Planing~~

~~Planing~~

Planing

- ~~Revenge fanstsys~~ Revenge fanstsys

- Started with one's that humilated me than gradually with anyone [redacted]

- ~~[illegible]~~ needed equipment [redacted] Gloves, Condom, duct tape [redacted]

- Watching abnormal porn (~~[illegible]~~ rape porn) normalized it

- The process took over a month

- attack as far away from my house

# Sexual abusive behavior

- It started out as a regular day, got up to got to School etc. But later on as I was walking home I felt sexual urges to Attack someone this was prior to the things that was going on in my life and what I was watching. As soon as I got to the basement area for my Apartment I started to walk around looking for a target found one followed her home and attacked her in the elevator, she screamed then I ran out.

⟹

full details

So when I attacked her ~~from~~ behind it was a bear hug like ~~[illegible]~~ ~~[illegible]~~ monuvere, She struggled to lose ~~[illegible]~~ my grip. She pushed herself in the wall in the process so I touched her vagina and fondel with her a little ~~[illegible]~~ bit she ~~[illegible]~~ screamed, I let go of her and run while she was running beneging on a door for help so when I was outside running she ~~[illegible]~~ chased me down then ~~[illegible]~~ stopped and said "I'll find you again" then A week →

passed until I got arrested (almost thought I got away with it) but it actually helped me out in the long run

feelings &
thaughts (before
being caught)

- Scared as hell
- nervrous
- felt guilty (for me) might ~~get~~ go to jail
- I felt powerful
- was making a better plan while being scared
- mixed emotions

feelings
(After I was)
(caught)

- felt it was a punishment

- I felt juged by every one

- depression ~~[illegible]~~

- felt like a criminal

- was stressed out (due to probation)

- kinda ~~felt~~ felt like a badass

- Irrated by people who asked what I did

- weak, trapped, overwhelmed

- Im a butterfly (free!!)

How I see myself now | How do you see ~~what hap~~ the ~~inc~~ ~~it~~ incodent now

- A butterfly (free)
- freedom
- life lesson
- without it would not be who am I now

How to cope with the unhealthy sexual urges

- ask myself would my future tolerate this behavior
- less Porn
- dont think about
- Playing games
- talking to friends